UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO TALLOW COMPANY,<br><br>Defendant. | No. 2:05-CV-02523-FCD-DAD<br><br>**ORDER GRANTING STIPULATION AND MOTION FOR EXTENSION OF TIME TO ANSWER** |

On this day, the Court considered the Stipulation and Motion for Extension of Time to Answer filed by the parties in the above-captioned case.

The Court believes the Motion has merit and should be granted.

The Court therefore grants the Motion, and orders that Defendant Modesto Tallow Company has until and including February 24, 2006 to file a response to Plaintiff's Complaint.

No other deadlines are affected by this Order.

DATED this 17th day of February, 2006.

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION AND
MOTION FOR EXTENSTION OF TIME TO ANSWER
TRUSTEES-MODESO stip extend.doc

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, California 95814  On this day I served the foregoing Document(s):

**[PROPOSED] ORDER GRANDING STIPULATION AND MOTION FOR EXTENSION OF TIME TO ANSWER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

M. Brett Burns, Esq.
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
1700 Pacific Avenue, Ste. 4100
Dallas, Texas  75201

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, February 16, 2006.

_____
Cynthia Belcher
BEESON, TAYER & BODINE
520 Capitol Mall, Suite 300
Sacramento, CA  95814