JOHN PROVOST, SBN 125458
**BEESON, TAYER & BODINE, PC**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.441.5208
Email: jprovost@beesontayer.com

Attorneys for Plaintiff
TRUSTEES OF THE NORTHERN CALIFORNIA
GENERAL TEAMSTERS SECURITY FUND

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>MODESTO TALLOW COMPANY,<br><br>　　　　　　　　　　Defendant. | No.  2:05-CV-02523-FCD-DAD<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE, AND ORDER**<br>**[F.R.C.P. 41(a)(1)(i), & L.R. 16-160 ]** |

　　　Plaintiffs, the Trustees of the Northern California General Teamsters Security Fund, and Defendant, Modesto Tallow Company, have reached a settlement of this action in its entirety and have agreed to the dismissal of the action with prejudice.  Defendant has not filed an Answer or other responsive pleading in this matter, nor made any appearance.  Accordingly, Plaintiffs hereby request pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) that the Court dismiss this action in its entirety, with prejudice.

　　　　Plaintiffs acknowledge that settlement has been reached on all claims raised in their Complaint, including any and all claims for attorneys' fees and costs that Plaintiff has claimed or could claim

1 relating to this lawsuit, and therefore requests that the Court make no award of costs or attorneys' fees in
2 this case.
3 Respectfully submitted this _____ day of April, 2006.

John Provost, Esq., SBN 125458
**Beeson, Tayer & Bodine, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814
(916) 325-2100
facsimile (916) 441-5208

Attorneys for Plaintiffs, TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

**IT IS SO ORDERED.**

DATED: April 6, 2006

/s Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, California 95814  On this day I served the foregoing Document(s):

**STIPULATION TO DISMISSAL WITH PREJUDICE, AND ORDER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

M. Brett Burns, Esq.
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
1700 Pacific Avenue, Ste. 4100
Dallas, Texas  75201

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below.  Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sacramento, California, on this date, April 5, 2006.

_____
Jeannine Burzenski
BEESON, TAYER & BODINE
520 Capitol Mall, Suite 300
Sacramento, CA  95814